**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

SCOTTY LEE VAN HAWK,

Plaintiff,

v.

PAMELA MARKS, et al.,

Defendants.

Case No. 3:26-cv-1700

(Clerk to assign)

## NOTICE OF RELATED ACTIONS
## (N.D. Ind. L.R. 40-1(d))

Plaintiff Scotty Lee Van Hawk, appearing pro se, gives notice of the following pending cases in this District in which he is the plaintiff:

| **Case No.** | **Caption** |
|---|---|
| 3:26-cv-01510 | Van Hawk v. Kosciusko County, et al. |
| 3:26-cv-01511 | Van Hawk v. Kehler, et al. |
| 3:26-cv-01512 | Van Hawk v. State of Indiana (habeas) |
| 3:26-cv-01563 | Van Hawk v. Dukes, et al. |
| 3:26-cv-01564 | Van Hawk v. Dukes, et al. |

This case is against different defendants, the Official Court Reporter of the Kosciusko Circuit Court and the operator of that court's digital court recorder. It concerns the preparation and certification, on April 4, 2025, of the transcript of the hearings and trial in *State of Indiana v. Scotty Lee Van Hawk*, Kosciusko Circuit Court No. 43C01-2303-F5-214. Kosciusko County is a defendant in No. 3:26-cv-01510 and is not named in this case.

Plaintiff does not contend that this case and the cases listed arise out of the same transaction or occurrence, involve the same property, or involve the validity or infringement of the same patent, trademark, or copyright. He files this notice as a precaution because he is the plaintiff in each case, and he takes no position on whether any case should be transferred under L.R. 40-1(e).

Respectfully submitted,

Scotty Lee Van Hawk, Plaintiff, pro se
P.O. Box 144
Rochester, Indiana 46975
scottyvanhawk@gmail.com

Date: Nov 19, 2026